1  M. JARED FAVERO, #270426
   Favero Law
2  2233 Park Towne Circle,
   Sacramento, California  95825
3  Telephone:  (916) 709-1408
4  Attorney for Ernest Archie Comeslast

5

6

7                IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )  Case No.: 0972 2:18CR00154-01
                                    )
10            Plaintiff,            )
                                    )
11      vs.                         )  STIPULATION REGARDING WAIVING
                                    )  PRELIMINARY HEARING,
12  ERNEST ARCHIE COMESLAST,        )  SUBMITTING ON DETENTION AND
                                    )  SETTING OF ADMIT/DENY HEARING;
13            Defendant.            )  FINDINGS AND ORDER
                                    )
14                                  )  DATE: November 9, 2020
                                    )  TIME: 2:00 p.m.
15  _____  COURT: Hon. Kendall J. Newman

16

17      **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES**

18      1.  The case was set for Preliminary Hearing and review of Detention on November 9,

19          2020.

20      2.  The parties agree and stipulate, and request that the Court find the following:

21          a.  The Preliminary Hearing previously scheduled for November 9, 2020 before

22              this court be waived.

23          b.  The defendant would like to submit on the issue of detention.

24          c.  The matter be set for an Admit/Deny Hearing in front of the Honorable Judge

25              England on December 3, 2020, at 10:00 a.m.

26

27

28

                                                                              - 1 -

1    **IT IS SO STIPULATED.**

2

3    DATED: November 6, 2020                    By:    /s/ M. Jared Favero
                                                 M. JARED FAVERO
4                                                Attorney for Alexander Pratt

5

6

7    DATED: November 6, 2020                    McGREGOR W. SCOTT
                                                 United States Attorney
8
                                                 By:    /s/ Vencenza Rabenn
9                                                VENCENCZA RABENN
                                                 Assistant United States Attorney
10
     **IT IS SO ORDERED.**
11

12   Dated:  November 9, 2020

13

14                                               KENDALL J. NEWMAN
                                                 UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28